Steven Alexander Biolsi (sb9133)
Attorney for Defendants Law Offices of Salami-Oyakhilome,
P.C. and Sadatu O. Salami-Oyakhilome, Esq.
42 Broadway, 12th Floor
New York, NY 10004
(718) 263-2624
sabiolsi@sabiolsi.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Peggy Morris,

    Plaintiff,

- - against - -

NEW YORK CITY, …, LAW OFFICES OF SALAMI-OYAKHILOME, P.C., *et al*,

    Defendants.
------------------------------------------------------------------------X

Case № 14-01749-JG-LB

7.1 Compliance Statement

PURSUANT TO FED R. CIV. PROC. 7.1, Defendant LAW OFFICES OF SALAMI-OYAKHILOME, P.C., a New York Domestic Corporation, set forth, by their attorney, that it does not have a parent corporation and that no publicly held corporation owns 10% of this defendant corporation.

Dated:    New York, New York
              August 03, 2015

Biolsi Law Group P.C.

_____
Steven Alexander Biolsi (sb9133)
Attorney for Defendants Law Offices of Salami-Oyakhilome, P.C. and Sadatu O. Salami-Oyakhilome, Esq.
42 Broadway, 12th Floor
New York, NY 10004
(718) 263-2624
Fax (718) 504-6427 (for Court's use Only)
sabiolsi@sabiolsi.com